UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,

        v.

GIGANTE, ET AL.,

                Defendant(s)

------------------------------------------------------X

NOTICE OF CHANGE OF ADDRESS

96-CR-00466 (JSR)

       GERALD L. SHARGEL an attorney duly admitted to practice law in this Court, respectfully notifies the Court of the following change of address:

*G. Shargel / EJL*
Gerald L. Shargel
1790 Broadway, Ste. 1501
New York, NY 10019
gshargel@shargellaw.com
(212) 446-2323
(212) 446-2330 (fax)